CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 22 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
(Danville Division)

| | |
|---|---|
| ANTHONY BLAKE SHUMATE )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RIVERSOURCE LIFE INSURANCE )<br>COMPANY )<br>)<br>Defendant. ) | CA # 4:23CV00036 |

# COMPLAINT

## Nature of Action

1. This is an action for breach of contract in connection with a disability income insurance policy.

## Parties

2. Plaintiff, Anthony Blake Shumate, is an individual who resides in Martinsville, Virginia.

3. Defendant, RiverSource Life Insurance Company ("RiverSource") is an insurer licensed to do business in Virginia but whose headquarters and principal place of business is in Minnesota.

4. The amount of controversy exceeds $75,000.

5. Jurisdiction is founded on diversity of citizenship as set forth in 28 U.S. § 1332(a).

6. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because the events giving rise to this claim occurred in Martinsville, Virginia.

## Facts

7. Mr. Shumate purchased an individual disability policy from RiverSource in 2017.

8. RiverSource issued Policy Number 9100-08705415 (the "Policy") to Mr. Shumate in Virginia and the Policy is subject to the laws of Virginia.

9. Mr. Shumate paid for all premiums owed under the Policy.

10. Subject to terms and conditions, the Policy promises to pay monthly disability income benefits in the event Mr. Shumate becomes disabled under the terms of the Policy.

11. At all times relevant to this lawsuit, Mr. Shumate was covered by the Policy.

12. In 2020, Mr. Shumate became disabled under the terms of the Policy and filed a claim with RiverSource.

13. RiverSource reviewed Mr. Shumate's claim and determined that he was disabled under the terms of the Plan.

14. For the next three years, RiverSource continued to review Mr. Shumate's medical history, medical records, and statements from his treating providers, and it continued to find that he remained disabled under the terms of the policy.

15. In August 2023, RiverSource failed to issue Mr. Shumate's monthly check without any notice or explanation.

16. Through counsel, Mr. Shumate wrote to RiverSource on August 24, 2023, asking for it to provide prompt payment of the benefits it owes him.

17. To date, RiverSource has not provided payment under the Policy since July 2023 and it is in breach of contract.

18. RiverSource has breached its contract with Mr. Shumate by refusing to timely pay his disability benefits, currently totaling in the amount of around $85,225.

19. RiverSource, in breach of contract, has refused to pay Mr. Shumate's monthly disability benefits despite the fact that he has fulfilled all of his obligations under the Policy and has met the definition of disability under the Policy.

## **Relief Sought**

The Plaintiff requests that this Court enter an Order declaring the following:

1. That the Plaintiff is entitled to disability income benefits under the Policy.

2. That the Plaintiff is entitled to payment of past-due disability income benefits and reinstatement of monthly benefits under the Policy.

3. That the Plaintiff is entitled to payment of pre- and post-judgment interest.

## **Trail by Jury Requested**

Mr. Shumate requests a trial by jury.

Respectfully submitted,

*Anthony Blake Shumate*
By Counsel

_____/s/_____
Damon R. Miller | VSB #98308
Benjamin W. Glass, III & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
703-591-9829 phone
703-783-0686 fax
dmiller@BenGlassLaw.com
   *Counsel for Plaintiff*